**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

August 12, 2015

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
PO BOX 1193
BISMARCK, ND 58502–1193

| | |
|---|---|
| **RE:** | USA vs. GILBERT EUGENE GRAIM JR. |
| **USDC No.:** | 5:15–MJ–00045–JLT |

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated August 11, 2015, transmitted herewith are the following documents:

**Electronic Documents: 1 to 10.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **S. Hall**

Deputy Clerk


DATE RECEIVED: _____

RECEIVED BY: _____
*(Print Name)*

NEW CASE NUMBER: _____